140

764 A.2d 1054

Jason W. GREER

v.

CITY OF PHILADELPHIA; Commonwealth of Pennsylvania, Department of Transportation; Fischbach & Moore, Inc. and T.H. Green Electric Company, Inc.; Custom Tower Structures, Inc. and Thomas Devlin.

Petition of Custom Tower Structures, Inc.

Cross Petitioner Department of Transportation.

Cross Petitioner T.H. Green Electric, Inc.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

*ORDER*

PER CURIAM:

**AND NOW,** this 5th day of January, 2001, the Petition for Allowance of Appeal by Custom Tower Structures, Inc. is Granted; the cross-petitions of J.H. Green and PennDOT are denied and the petition to augment the cross-petition filed on behalf of PennDOT is also denied.